UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTATE OF LINDA DOLBY,
BY HANNI KOENIG,

     Plaintiff,

v.                                                                CASE NO: 8:03-cv-2246-T-23TGW

BUTLER & HOSCH, P.A., et al.,

     Defendants.

_____/

## <u>ORDER</u>

United States Magistrate Judge Thomas G. Wilson submits a supplemental report and recommendation (Doc. 87) on the plaintiff's motion (Doc. 34) for class certification. Magistrate Judge Wilson finds that the plaintiff satisfies the numerosity requirement and recommends granting the motion for class certification.  The defendants' objection (Doc. 88) to the report and recommendation states that the "[d]efendants have no specific objections to the [ ] report and recommendation."  A general objection to a Magistrate Judge's report and recommendation is the equivalent of a failure to object. <u>Howard v. Sec. of Heath and Human Servs.</u>, 932 F.2d 505, 509 (6th Cir. 1991). Accordingly, the defendants' objection is **OVERRULED** and the report and recommendation of the Magistrate Judge is **ADOPTED**.  The plaintiff's motion (Doc. 34) for class certification is **GRANTED**.

No party objects to Magistrate Judge Wilson's proposed definitions for the class

and sub-class (Doc. 58, p. 31).  Accordingly, the proposed definitions are adopted.  The

primary class is defined as:

> Parties in the state of Florida upon whom the defendant made a demand
> during the period October 28, 2002, to October 28, 2003, for a
> prepayment penalty after acceleration of the debt in foreclosure and
> whose mortgage or note did not expressly permit a prepayment penalty
> after acceleration of the debt.

The sub-class is defined as:

> Parties in the state of Florida from whom the defendant during the period
> October 8, 2002, to October 28, 2003, collected a prepayment penalty
> after acceleration of the debt in foreclosure and whose mortgage or note
> did not expressly permit a prepayment  penalty after acceleration of the
> debt.

ORDERED in Tampa, Florida, on December 15, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy