UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTATE OF LINDA DOLBY, by
Hanni Koenig as Personal
Representative, on thier own
behalf and on behalf of all others
similarly situated,

    Plaintiff,

v.                                        CASE NO: 8:03-cv-2246-T-23TGW

BUTLER & HOSCH, P.A., FRANK
A. REDER, Personally and FARON
CAJTHAML, Personally,

    Defendants.
_____/

**ORDER**

In this case, the plaintiff alleged that the defendants violated Florida law and the Fair Debt Collection Practices Act.  United States Magistrate Judge Thomas G. Wilson submits a report and recommendation (Doc. 111) on the parties' joint motion (Doc. 102) to approve settlement and joint motion (Doc. 104) for relief from court order pursuant to Fed. R. Civ. P. 60.  Neither party files an objection to the report and recommendation, and the time to file objections has expired.  Accordingly, the Magistrate Judge's report and recommendation is **ADOPTED**.  The parties' joint motion (Doc. 102) to approve settlement and joint motion (Doc. 104) for relief are **GRANTED**, the court's order (Doc. 89) certifying the class is **VACATED** pursuant to Fed. R. Civ. P. 60, and the case

is **DISMISSED**.  The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on August 25, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:  US Magistrate Judge
     Courtroom Deputy