UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTATE OF LINDA DOLBY, by
Hanni Koenig as Personal Representative,
on their own behalf and on behalf of all
others similarly situated,

    Plaintiff,

v.                                CASE NO: 8:03-cv-2246-T-23TGW

BUTLER & HOSCH, P.A., FRANK
A. REDER, Personally and FARON
CAJTHAML, Personally,

    Defendants.
_____/

## **ORDER**

Pursuant to the Eleventh Circuit's remand (Doc. 113), the parties file a joint motion (Doc. 114) for an order of dismissal, which the court construes as a renewed motion to vacate the order (Doc. 89) certifying the class. The joint motion (Doc. 114) is granted, the court's order (Doc. 89) certifying the class is **VACATED** pursuant to Fed. R. Civ. P. 60, and the case is **DISMISSED**. The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on September 20, 2006.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy